Petty Offense ( )  
Misdemeanor ( )  
Felony (X)  
Juvenile ( )

CRIMINAL COVER SHEET  
MIDDLE DISTRICT OF TENNESSEE  
NASHVILLE DIVISION

County of Offense: __Davidson__  
AUSA's NAME: __Ahmed A. Safeeullah__

Defendant's Name: Jose Guadalupe Vazquez-Delgado  
Defendant's Address: Unknown  
Defendant's Attorney: Not applicable

Interpreter Needed? __X__ Yes ____ No  
If Yes, what language? __Spanish__

| Ct | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| One | 18 U.S.C. §§ 922(g)(5) and 924 | Possession of a Firearm by an Illegal Alien | Not more than 15 years | $250,000 |
| Two | 8 U.S.C. § 1326(a) | Illegal Reentry of a Previously Deported Alien | Not more than 2 years | $250,000 |

If the defendant is charged with violating 18 U.S.C. sec. 922(g) and has three prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

Is the defendant currently in custody? ( ) Yes (X) No  If Yes, **State** or Federal?  
Has a complaint been filed? ( ) Yes (X) No  
   If Yes: Name of Magistrate: _____ Case No.: _____

Was the defendant arrested on the complaint? ( ) Yes (X) No  
Has a search warrant been issued? ( ) Yes (X) No  
   If Yes: Name of Magistrate _____ Case No.: _____

Was bond set by Magistrate/District Judge: ( ) Yes ( ) No  Amount of bond: _____

Is this a Rule 20? ( ) Yes (X) No   To/from what district? _____  
Is this a Rule 40? ( ) Yes (X) No   To/from what district? _____

Is this case related to a pending or previously filed case? (X) Yes ( ) No  
   What is the related case number: _____  
   Who is the Magistrate Judge: _____   District Judge: _____

Estimated trial time: __3 to 5 days__  
The Clerk will issue a **Warrant** (circle one)  
Bond Recommendation: __Detention__