# UNITED STATES DISTRICT COURT

for the

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Guadalupe Vazquez-Delgado | ) Case No. 3:25-cr-00045 Judge Campbell, Jr. |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Guadalupe Vazquez-Delgado,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of Ammunition by an Illegal Alien, in violation of Title 18, United States Code, Sections 922(g)(5) and 924
Unlawful Re-Entry of an Illegal Alien, in violation of Title 8, United States Code, Section 1326(a)

Date: 3/5/2025

*Issuing officer's signature* — *Jeremy Medley*

City and state: Nashville, Tennessee

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:					Weight:

Sex:					Race:

Hair:					Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: