# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Guadalupe Vazquez-Delgado | ) Case No. 3:25-cr-00045 Judge Campbell, Jr. |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose Guadalupe Vazquez-Delgado,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Ammunition by an Illegal Alien, in violation of Title 18, United States Code, Sections 922(g)(5) and 924
Unlawful Re-Entry of an Illegal Alien, in violation of Title 8, United States Code, Section 1326(a)

Date: 3/5/2025

*Issuing officer's signature*

City and state: Nashville, Tennessee

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/6/25, and the person was arrested on *(date)* 3/11/25
at *(city and state)* Smyrna, TN.

Date: 3/11/25

*Arresting officer's signature*

FBI SA Jordan R Austin
*Printed name and title*

Case 3:25-cr-00045 *SEALED* Document 5 Filed 03/05/25 Page 1 of 2 PageID #: 8

Case 3:25-cr-00045 Document 9 Filed 03/11/25 Page 1 of 1 PageID #: 16