IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.                                            No. 3:25-cr-00045

JOSE GUADALUPE VAZQUEZ-DELGADO

**O R D E R**

On March 11, 2025, defendant Jose Guadalupe Vazquez-Delgado appeared with counsel, Eileen Parrish, for an initial appearance in connection with the indictment filed on March 5, 2025. (Docket No. 3.) Assistant U.S. Attorney Ahmed Safeeullah appeared for the United States (the "government"). By and through counsel, the defendant requested an immediate detention hearing, which was set for March 17, 2025 at 10:30am. (Docket No. 14.) Now before the Court, is Defendant's motion to cancel the March 17, 2025 detention hearing and waive his right to an immediate detention hearing, reserving his right to later request a detention hearing. (Docket No.15.) The defendant's motion (Docket No. 15) is **GRANTED**. The detention hearing set for March 17, 2025 is **CANCELLED**.

Further, the Court accepts the defendant's waiver of his right to an immediate detention hearing with reservation of his right to request a later hearing. The government's motion for detention (Docket No. 8) is therefore **CONDITIONALLY GRANTED** without prejudice and with leave for the defendant to later move for a detention hearing.

**IT IS THEREFORE ORDERED** that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility pending disposition of the charges filed against him, and he shall be held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge